Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
7, 2008








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed August 7, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00687-CV

NO. 14-08-00688-CV

____________

 

IN RE CHRISTOPHER WASHINGTON, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On July
28, 2008, relator, Christopher Washington, filed a petition for
writ of mandamus in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable Jim Wallace, presiding judge of the 263rd District Court of Harris
County, to grant relator a probable cause hearing, and grant his motion to
dismiss his indictments for burglary of a habitation and aggravated robbery
because he was not taken before a magistrate after he was arrested. 








Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus.  

 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed August 7, 2008.

Panel consists of Chief Justice
Hedges and Justices Fowler and Boyce.